JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS R. COOPER, dba SAFECRACKER ORANGE COUNTY; AFFORDABLE LOCKSMITH, an unknown entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01033-JLS (ADSx)<br><br>**ORDER FOR PERMANENT INJUNCTION** |

Pursuant to the Stipulation for Permanent Injunction entered into by and between Plaintiff American Automobile Association, Inc. ("Plaintiff"), by and through its counsel, on the one hand, and Defendants Douglas R. Cooper dba Safecracker Orange County and Affordable Locksmith ("Defendants"), on the other hand, (collectively, the "Parties")

IT IS HEREBY ORDERED that:

1. Defendants, and each of them, their officers, directors, partners, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by,

through or under them, and any others within their control or supervision, and all others in active concert or participation with the above, be enjoined during the pendency of this action and permanently thereafter from using the AAA marks or any other name or mark incorporating Plaintiff's service marks, either alone or in combination with other words or symbols, in the advertising, marketing, sales, distribution, promotion, identification, or in any other manner in connection with locksmith services and other related services at any locality in the United States;

2. Defendants, and each of them, their officers, directors, partners, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them, and any others within their control or supervision, and all others in active concert or participation with the above, be enjoined during the pendency of this action and permanently thereafter from using the AAA marks or any other name or mark incorporating Plaintiff's service marks in any form or manner that would tend to identify or associate defendants' businesses or services with Plaintiff in the marketing, sale, distribution, promotion, advertising, identification, or in any other manner in connection with any business, including by defendants placing the AAA marks on any service vehicle or using the AAA marks in internet advertising;

3. Defendants, and each of them, their officers, directors, partners, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them, and any others within their control or supervision, and all others in active concert or participation with the above, be enjoined during the pendency of this action and permanently thereafter from representing to anyone (either orally or in writing) that their businesses are affiliated with Plaintiff in any way or are approved by AAA, including by defendants placing the AAA marks on any service vehicle or using the AAA marks in internet advertising;

4. Defendants shall deliver to Plaintiff's attorney within thirty (30) days after the entry of this injunction, to be impounded or destroyed by Plaintiff, all literature, signs, labels, prints, packages, wrappers, containers, advertising materials,

stationery, and any other items in their possession or control that contain the AAA marks or any other name or mark incorporating Plaintiff's service marks, either alone or in combination with other words and symbols;

5. Defendants shall remove all instances of the AAA mark from their vehicles and advertising within thirty (30) of the entry this injunction, and to destroy all stencils, molds, plates, masters, or means of creating the infringing items;

6. Defendants shall instruct, within thirty (30) days after the entry of this injunction, any print directory, Internet directory, or website that they have caused to carry the AAA marks, including any Yelp or other online profile, to cease using such marks at the earliest possible date;

7. Defendants shall deliver to Plaintiff's attorney, within thirty (30) days after the entry this injunction, a report in writing, under oath, setting forth in detail the manner and form in which defendants have complied with Paragraphs 1 through 6 above;

8. Plaintiff shall file a Notice of Dismissal with prejudice within ten (10) business days of Plaintiff receiving a satisfactory written report from Defendants pursuant to Paragraph 7 herein;

9. The Court shall retain jurisdiction over this matter subsequent to the dismissal of the action for the purpose of enforcing the injunction.

**IT IS SO ORDERED**.

Dated: August 13, 2019

Hon. Josephine L. Staton
United States District Court Judge